## SCHNEDL *v.* LANGFORD.

PER CURIAM. After careful consideration of the rulings of the Court of Appeals to which exception is taken, we are of the opinion that the decision of that court was not erroneous for any reason assigned.

*Judgment affirmed. All the Justices concur, except Russell, C. J., disqualified.*

No. 7346. SEPTEMBER 19, 1930.

*Duke Davis,* for plaintiff. *Lovejoy & Mayer,* for defendant.